UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Johanne Joseph, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

Leisa Korn, Matt Korn, Account Control Technology, Inc. and Core Recoveries, LLC,
                Defendant.

ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT

Docket No: 1:19-cv-07147-EK-SMG

TO:    DOUGLAS C. PALMER
        UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF NEW YORK

Plaintiff Johanne Joseph accepts Defendants' Offer of Judgment as annexed hereto, and requests that the Clerk enter Judgment in accordance with the annexed proposed judgment.

Dated: July 28, 2020

                                          BARSHAY SANDERS, PLLC

                                          By:   /s *David M. Barshay*
                                          David M. Barshay
                                          100 Garden City Plaza, Suite 500
                                          Garden City, New York 11530
                                          Tel. (516) 203-7600
                                          Email: *ConsumerRights@BarshaySanders.com*
                                          Our File No: 118794
                                          *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

JOHANNE JOSEPH, individually and on behalf
of all others similarly situated,

    Plaintiff,

v.

LEISA KORN
MATT KORN
ACCOUNT CONTROL TECHNOLOGY, INC.
CORE RECOVERIES, LLC

    Defendants.

Case No.: 1:19-cv-07147-KAM-SAG

---

## DEFENDANTS' OFFER OF JUDGMENT

To:    Plaintiff Johanne Joseph ("Plaintiff"), by and through her attorneys:

> David M. Barshay
> Craig B. Sanders
> Nicole Rallis
> Barshay Sanders, PLLC
> 100 Garden City Plaza, Suite 500
> Garden City, NY 11530

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants hereby offer to allow judgment to be taken against them in favor of Plaintiff as follows:

1. Judgment shall be entered against Defendants in the amount of One Thousand and 01/100 Dollars ($1,001.00), plus reasonable attorneys' fees and taxable costs incurred in this action at the time this offer is received, such fees and costs to be determined by agreement of the parties and, if the parties cannot agree, by the Court upon Motion of the Plaintiff.

2. The judgment entered in accordance with this Offer of Judgment is to be in total settlement of any and all claims and potential claims against Defendants.

3. This Offer of Judgment is made solely for the purposes specified in Rule 68 and is not to be construed either as an admission that Defendants are liable in this action, or that Plaintiff has suffered any damages.

DATED: July 14, 2020

        LIPPES MATHIAS WEXLER FRIEDMAN LLP

        s/ Brendan H. Little
        Brendan H. Little, Esq.
        Attorneys for Defendants
        50 Fountain Plaza, Suite 1700
        Buffalo, NY 14202
        P: 716-853-5100
        F: 716-853-5199
        E: blittle@lippes.com

## CERTIFICATE OF SERVICE

I, Brendan H. Little, do certify that a true and accurate copy of Defendant's Rule 68 Offer of Judgment was served on July 14, 2020 via regular United States and electronic mail on the following:

Craig Sanders, Esq. (csanders@barshaysanders.com)
David Barshay, Esq. (dbarshay@barshaysanders.com)
Nicole Rallis, Esq. (nrallis@barshaysanders.com)
Barshay Sanders, PLLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530

        /s Brendan H. Little
        Brendan H. Little

## CERTIFICATE OF SERVICE

I hereby certify that I have, this July 28, 2020 caused to be served via ECF a true and correct copy of the above and foregoing on all parties.

By:    /s *David M. Barshay*
David M. Barshay

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Johanne Joseph, individually and on behalf of all others similarly situated,

    Plaintiff,

-against-

Leisa Korn, Matt Korn, Account Control Technology, Inc. and Core Recoveries, LLC,

    Defendant.

**JUDGMENT**

Docket No: 1:19-cv-07147-EK-SMG

DefendantLeisa Korn, Matt Korn, Account Control Technology, Inc. and Core Recoveries, LLC having offered judgment against itself pursuant to FRCP 68 in the sum of $1,001.00 plus costs of $571.10 and attorney's fees in an amount to be set by the court, and Plaintiff having accepted said offer of judgment, it is

**ORDERED AND ADJUDGED** that Plaintiff Johanne Joseph, individually and on behalf of all others similarly situated recover from Defendant Leisa Korn, Matt Korn, Account Control Technology, Inc. and Core Recoveries, LLC the principal amount of $1,001.00, costs of $571.10, and attorney's fees in an amount to be set by the court; and that this case is closed.

Dated: Brooklyn, New York
_____

                        DOUGLAS C. PALMER
                        CLERK OF COURT

                        _____
                        Deputy Clerk