UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Johanne Joseph, individually and on behalf of all others similarly situated,

            Plaintiff,

-against-

Leisa Korn, Matt Korn, Account Control Technology, Inc. and Core Recoveries, LLC,

            Defendant.

JUDGMENT

Docket No: 1:19-cv-07147-EK-SMG

DefendantLeisa Korn, Matt Korn, Account Control Technology, Inc. and Core Recoveries, LLC having offered judgment against itself pursuant to FRCP 68 in the sum of $1,001.00 plus costs of $571.10 and attorney's fees in an amount to be set by the court, and Plaintiff having accepted said offer of judgment, it is

**ORDERED AND ADJUDGED** that Plaintiff Johanne Joseph, individually and on behalf of all others similarly situated recover from Defendant Leisa Korn, Matt Korn, Account Control Technology, Inc. and Core Recoveries, LLC the principal amount of $1,001.00, costs of $571.10, and attorney's fees in an amount to be set by the court; and that this case is closed.

Dated: Brooklyn, New York
       July 30, 2020

                                              DOUGLAS C. PALMER
                                              CLERK OF COURT

                                              *Jalitza Poveda*
                                              Deputy Clerk