UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Johanne Joseph, individually and on behalf of all others similarly situated, | Docket No: 1:19-cv-07147-EK-SMG |
| Plaintiff, | |
| -against- | |
| Leisa Korn, Matt Korn, Account Control Technology, Inc. and Core Recoveries, LLC, | |
| Defendant. | |

**PLEASE TAKE NOTICE** that the plaintiff, Johanne Joseph, through her undersigned counsel, will move this Court for an Order granting Plaintiff attorney's fees. In support of this motion, Plaintiff relies upon the contemporaneously filed *Memorandum of Law in Support of Plaintiff's Motion for Attorney's Fees Under the FDCPA*, the *Declaration of David M. Barshay*, the *Declaration of Craig B. Sanders*, the *Declaration of Jonathan M. Cader*, the *Declaration of Nicole Rallis* and all the proceeding had heretofore herein.

**PLEASE TAKE FURTHER NOTICE**, that this Motion shall be heard on a date and time to be set by the Court.

Dated: August 27, 2020
Garden City, New York

                                          *s/ David M. Barshay*
                                         David M. Barshay, Esquire
                                         BARSHAY SANDERS, PLLC
                                         100 Garden City Plaza, Suite 500
                                         Garden City, New York 11530
                                         Telephone: (516) 203-7600
                                         Fax: (516) 706-5055
                                         *Attorneys for Plaintiff*